UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| EARL A. TIMBERLAKE | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| Defendant. | : | (Unlawful Distribution of 10 Grams or More |
| | : | of Phencyclidine); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| | : | (Unlawful Distribution of a Mixture and |
| | : | Substance of 100 Grams or More of |
| | : | Phencyclidine) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 27, 2007, in the District of Columbia, **EARL A. TIMBERLAKE** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of phencyclidine, also known as PCP, was 10 grams or more.

(**Unlawful Distribution of 10 Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

**COUNT TWO**

On or about October 11, 2007, within the District of Columbia, **EARL A. TIMBERLAKE** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable

amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

    (**Unlawful Distribution of a Mixture and Substance of 100 Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.