UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal Case No. 08-82 (RMU) |
| V. | : | |
| | : | |
| **EARL A. TIMBERLAKE** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, through its undersigned counsel, hereby gives notice that Assistant United States Attorney Matthew P. Cohen is entering his appearance as counsel for the government, and that AUSA Ann Petalas is withdrawing her appearance. AUSA Cohen's D.C. Bar number is 469-629; his phone number is (202) 514-7427; his room number is 4118; and his e-mail address is Matthew.Cohen2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

By:  /s/
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118
Washington, D.C. 20530
(202) 514-7427 office
(202) 514-8707 facsimile