**FILED**
MAY 2 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
v.                           :    Criminal Action No.: 08-0028 (RMU)
                             :
EARL TIMBERLAKE,             :
                             :
        Defendant.           :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this _20_ day of _May_ 2008,

ORDERED that the parties file all:

Pretrial Motions\Notices   on or before _May 30 2008_ ;

Oppositions               on or before _June 13 2008_ ; and

Replies                   on or before _June 20 2008_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _June 12, 2008_, at _3:30_ ; and

A motions hearing on _Aug. 5, 2008_, at _2:00_ ;

and it is

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.