UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 0 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | |
| | : | |
| EARL A. TIMBERLAKE | : | Criminal Case No. 08-82 (RMU) |

### ORDER

The defendant having been indicted on two counts of Unlawful Distribution of 10 Grams of More of PCP and 100 grams or More of a Mixture and Substance containing a Detectable amount of PCP in the above-captioned case, it is this _20_ day of May, 2008,

ORDERED, that the defendant be released from the custody of the United States Marshals to Scott Brown of the Metropolitan Police Department on May 20, 2008 for the purpose of booking, fingerprinting, photographing and processing the defendant on the above charges, and it is

FURTHER ORDERED, that upon completion of the booking process, the defendant shall be returned to the custody of the United States Marshals.

_____
RICARDO M. URBINA
United States District Judge

_May 20, 2008_
Date