CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 08-082 | MAGIS. NO: |
|---|---|---|
| V. EARL A. TIMBERLAKE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Earl A. Timberlake, DC Jail | |
| DOB: 11/20/81   PDID: 526-206 | | **FILED** MAY 20 2008 Clerk, U.S. District and Bankruptcy Courts |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 10 GRAMS OR MORE OF PHENCYCLIDINE;

UNLAWFUL DISTRIBUTION OF A MIXTURE AND SUBSTANCE OF 100 GRAMS OR MORE OF PHENCYCLIDINE

5/20/08 Quashed. [signature]

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:841(a)(1) and 841(b)(1)(B)(iv); and 21:841(a)(1) and 841(b)(1)(B)(iv)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 3/27/08 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 3/27/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |

1422215