UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **Criminal Case No. 08-82 (RMU)** |
| | : | |
| **EARL A. TIMBERLAKE** | : | |

## INFORMATION AS TO PRIOR CONVICTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court pursuant to 21 U.S.C. § 851, that the defendant, Earl A. Timberlake, was convicted of a previous felony drug trafficking offense, specifically Possession with Intent to Distribute Cocaine, in D.C. Superior Court case no. 2002 FEL 00733, on July 9, 2002.[1]  As such, defendant is subject to the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(B), which provides in relevant part that "if any person commits [a violation of this section] after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life imprisonment . . . [and] a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $4,000,000."  If defendant is convicted in this case, he will face the penalty quoted above.

---

[1] That same day, July 9, 2002, defendant was also convicted in a separate case, D.C. Superior Court case no. 2001 FEL 7231, on another charge Possession With Intent to Distribute Cocaine as well as a charge of Carrying a Pistol Without a License.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar # 498-610


By:          /s/
        MATTHEW P. COHEN
        Assistant U.S. Attorney
        D.C. Bar # 469-629
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Rm. 4118
        Washington, D.C. 20530
        (202) 514-7427 office
        (202) 514-8707 facsimile