UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 08-0082 (RMU) |
| | : | |
| EARL TIMBERLAKE, | : | |
| | : | **FILED** |
| Defendant. | : | |

**ORDER**

**FILED MAY 3 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 30th day of May 2008,

**ORDERED** that the motions hearing in the above-captioned case scheduled for August 5, 2008 at 2:00 p.m. is hereby **VACATED** and **RESCHEDULED** for August 12, 2008 at 1:30 p.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge