UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                    v.           :    Criminal Action No.: 08-0082 (RMU)
Earl A Timberlake                :
         Defendant(s).           :

**FILED**

JUN 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

It is this __12__ day of __June__ 2005,

**ORDERED** that this case be set for:

A pretrial conference    on __Nov. 6 2008__, at __10 AM__

Jury selection           on __Nov. 14 2008__, at __9:30__; and

Trial                    on __Nov 17th__, at __9:30__;

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

Backup Dates { Jan. 9th Jury selection 10 AM
              Jan 12 Trial 10 AM