UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :    Criminal Action No.: 08-0082 (RMU)
                                  :
EARL TIMBERLAKE,                  :
                                  :
            Defendant.            :
                                  :

**ORDER**

**FILED**

AUG 12 2008

Clerk, U.S. District and
Bankruptcy Courts

It is this 12th day of August, 2008, hereby

**ORDERED** that a _Status hearing_ hearing in the above-captioned case shall take place on _9/11/08_ at _11:00 a.m._.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge