IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. Case No. 08-CR-00082 RMU |
| : | |
| EARL A. TIMBERLAKE : | |
| : | |
| Defendant. : | |
| : | |

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
AND REQUEST FOR HEARING

NOW COMES, the defendant, Mr. Earl Timberlake, by and through his counsel, Brian K. McDaniel and The McDaniel Law Group, PLLC, requesting that this Court terminate his supervised release in advance of the scheduled end date for closure. In support of this request counsel proffers the following:

1. On November 6, 2008, Mr. Timberlake entered a plea of guilty to Count 1 of his Indictment which charged him with Unlawful Distribution of 10 Grams or More of Phencyclidine (PCP), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv).

2. On March 5, 2009 the Honorable Judge Ricardo M. Urbina sentenced Mr. Timberlake to 120 months of incarceration on the lead count, and a period of ninety-six (96) months of supervised release upon his return to the community.

3. After his original conviction and sentencing, Mr. Timberlake was transferred from the District of Columbia Jail to the Lewisburg penitentiary where he was detained until his release in December of 2015. His current scheduled supervised release termination date is May of 2023.

4.      Mr. Timberlake has completed five (5) years of supervised release and has been in full compliance throughout the entirety of his supervision. According to his U.S. Probation Officer, Mr. Rowe, Mr. Timberlake has tested negative in all of his drug tests and has maintained employment throughout the entirety of his supervision. Specifically, Mr. Timberlake was employed at Ebed Community Mental Health Day program Center from 2017-2018, by Planet Fitness in Clinton Maryland from 2018-2019, and currently is the owner/manager of his own gym "Fitness All Around Fitness Center".

5.      The continued scrutiny of Mr. Timberlake under the auspice of his supervised release continues to restrict his progress. Admittedly, the intent of supervised release is to provide the defendant with incentive to continue his compliance with the law and to provide the court with the type of oversight from which Mr. Timberlake now seeks relief. However, Mr. Timberlake's exemplary performance during the aforementioned period of supervision evidences his desire to comply with the law and to be a productive member of the community.

6.      Counsel has been in contact with Mr. Timberlake's release supervisor, Mr. Rowe, who has represented that he does not object to the provision of the relief requested by this petition.

**WHEREFORE**, counsel respectfully requests that this court terminate the supervision of Mr. Timberlake in advance of his previously scheduled termination date of January 2024.

                                        Respectfully Submitted,

                                        Brian K. McDaniel_____
                                        Brian K. McDaniel, Esq.
                                        The McDaniel Law Group, PLLC
                                        1001 L. Street S.E.

Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociate@aol.com
*Counsel for Defendant Timberlake.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of January, 2021, a copy of the foregoing Motion for Early Termination of Supervised Release was served upon The United States Attorneys Office for District of Columbia by ECF filing.

Brian K. McDaniel
Brian K. McDaniel, Esq.